IN RE:
MATTHEW WASHINGTON
VS
GOD   CIVIL ACTION NO.
**1:18-CV-5137**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV - 6 2018

JAMES N. HATTEN, Clerk
By J. Bran, Deputy Clerk

BEING BLACK: IS NO FUN.
LIKE, MICHAEL JACKSON: I WANT to be A WHITE MAN.

I think that A MAN IN PRISON; HAS A RIGHT TO A SKIN OPERATION: NO QUESTIONS ASKED. I WANT THE SAME. A "SKIN CHANGE OPERATION." TO: GOD, MY MAKER.

Address: LUKE 17:21 (KJV)
... WITHIN ME ...

YEARS AGO; I KILLED A WHITE COP. THE STATE OF GA IS PAYING OFFICERS AND STAFF TO HATE ME. I WANT THE HATRED to be STOPPED. STOP THE HATRED.

MW Matthew Washington     10/27/18
MATTHEW WASHINGTON PROSE

MATTHEW WASHINGTON STATEMENT AT ASMP

MENTAL HEALTH 1OB1-106

COMES NOW MATTHEW WASHINGTON AND STATES:

MY STATE LAWYER AND LATE, MOTHER HATTIE WASHINGTON PLEAed INSANITY FOR ME; SOME (42) YEARS AGO. THE STATE WAS SEEKING THE DEATH PENALTY; FOR MY KILLING A WHITE COP: AT TRIAL; I do NOT TESTIFY.

I did KILL THE COP. I WANT TO CHANGE MY PLEA FROM NOT GUILTY; TO GUILTY; AND PUT THIS UNPOPULOR CASE TO REST; "ONCE AND FOR ALL."

\_\_MW Matth Washyker_____ 10/27/18
MATTHEW WASHINGTON PRO SE
AT
ASMP