DEAR CLERK,

THIS A 1983.

IAM WAS UNABLE to get the Application. THIS is the best I can do at this time. I had problems with the Law Library at ASMP.

I thank you sir for your time and attention in this matter.

PLEASE give MR. TED TURNER by best wishes.

HOLY REV.
Mark W~~~
MW

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV -6 2018

JAMES N. HATTEN, Clerk
By: J. ~~~~~~ Deputy Clerk