1:18-CV-5137

# CIVIL COVER SHEET FOR A PRISONER CASE

JUDGE __AT__  
MAG. JUDGE __LTW__  
DATE FILED __11-6-18__  

DIVISION __Atlanta__  
IFP __No__    FEE __No__  
PREVIOUS CASES __Yes__  

NAME __Matthew Washington__    I.D. # __390995__  
PRO SE __Yes__    ATTORNEY __No__  
PLACE OF INCARCERATION __Augusta State Medical Prison__  
CITY __Grovetown__    STATE __GA__    COUNTY __Columbia__  

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___ 28:2254 | Habeas action by a State prisoner challenging state convictions or sentence. |
| 3 | 535 | ___ 28:2254d | Habeas action by a State prisoner under a DEATH sentence. ____ SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___ 28:2241st | Habeas action by a State prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 530 | ___ 28:2241fd | Habeas action by a Federal prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 3 | 550 | ___ 42:1983pr | State or Federal prisoner civil rights action suing state officials not involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 550 | ___ 28:1331pr | Prisoner civil rights action suing federal officials not Involving prison conditions. (A/K/A "Bivens actions"). |
| 3 | 555 | ___ 42:1983pr | State prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___ 28:1331pr | Prisoner civil rights action suing Federal officials involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 540 | ___ 28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___ 28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___ 28:1332 | Any prisoner action based on diversity. |
|  | 540 | ___ ___ | OTHER:_____ |

_____ DOCKER CLERK: Place cover sheet in acco on top of docket sheet and file, and FORWARD to Magistrate Judge assigned for IFP and/or frivolity determinations.

_____ STAFF LAW CLERK:
_____ Pauper's affidavit insufficient or no affidavit
_____ Complaint or petition not signed or is incomplete
_____ No copies
_____ Other: _____

AT  
LTW  
550  
42:1983pr

MATTHEW WASHINGTON
390995 ASMP
3001 GORDON HWY
GROVETOWN, GA 30813

AUGUSTA GA 309

31 OCT 2018 PM 2 L



1:18-CV-5137

THE HON. JAMES N. HATTEN
CLERK, U.S. DISTRICT COURT
75 TED TURNER DRIVE S.W.
ATLANTA, GA 30303

